IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KAITLIN KIMZEY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GREAT NORTHWEST INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CV 14–81–BU–DWM<br><br>ORDER |

Plaintiff Kaitlin Kimzey having filed an unopposed motion to dismiss,

IT IS ORDERED that Plaintiff's motion (Doc. 10) is GRANTED.  The above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs.  All pending motions are MOOT and all deadlines are VACATED.

DATED this 13th day of March, 2015.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT